# EXHIBIT A



## Service of Process Transmittal Summary

**TO:**  Kelly Umstott, Assistant Manager, Legal Support
Citibank, N.A
5800 S CORPORATE PL
SIOUX FALLS, SD 57108-5027

**RE:**  **Process Served in Colorado**

**FOR:**  Citibank, N.A.  (Domestic State: N/A)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Danny Zipris vs. Citibank, N.A. |
| **DOCUMENT(S) SERVED:** | Notice, Claim and Summons, Complaint, Letter, Attachment(s), Order |
| **COURT/AGENCY:** | Arapahoe County - Small Claims Court, CO<br>Case # 25S414 |
| **NATURE OF ACTION:** | Complaint regarding violation of the fair credit billing act |
| **PROCESS SERVED ON:** | C T Corporation System, Centennial, CO |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/22/2025 at 13:50 |
| **JURISDICTION SERVED:** | Colorado |
| **APPEARANCE OR ANSWER DUE:** | 10/22/2025 at 10:30 a.m. |
| **ATTORNEY(S)/SENDER(S):** | Danny Zipris<br>1818 S Quebec Way #11-6<br>Denver, CO 80231<br>303-656-5829 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/23/2025, Expected Purge Date: 07/28/2025 |
| | Image SOP |
| | Email Notification,  Kelly Umstott  kelly.a.umstott@citi.com |
| | Email Notification,  Angela Ihnen  angela.a.ihnen@citi.com |
| | Email Notification,  David Waldner  david.j.waldner@citi.com |
| | Email Notification,  Jolene Heldenbrand  jolene.l.heldenbrand@citi.com |
| | Email Notification,  Elizabeth Vitakis  elizabeth.vitakis@citi.com |
| | Email Notification,  Caitlin Harkness  caitlin.harkness@citi.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>7700 E Arapahoe Road, Suite 220<br>Centennial, CO 80112<br>877-564-7529<br>MajorAccountTeam1@wolterskluwer.com |



**CT Corporation**
**Service of Process Notification**
07/22/2025
CT Log Number 549676790

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:**                              Tue, Jul 22, 2025
**Server Name:**                       Drop Service

| Entity Served | CITIBANK, N.A. |
|---|---|
| Case Number | 25S414 |
| Jurisdiction | CO |

| Inserts | | |
|---|---|---|
| | | |



Small Claims Court __ARAPAHOE_____ County, Colorado
Court Address: 1790 W Littleton Blvd, Littleton, CO 80120

PLAINTIFF(S): Danny Zipris_____

Address: 1818 S Quebec Way #11-6_____

City/State/Zip: Denver, CO 80231_____

Phone: Home 303-656-5829___ Work _____ Cell 303-656-5829

v.

DEFENDANT(1): Citibank, N.A._____

Address: 388 Greenwich Street, 14th Floor_____

City/State/Zip: New York, NY 10013_____

Phone: Home _____ Work 1-888-766-2484 Cell _____

DEFENDANT(2): _____

Address: _____

City/State/Zip: _____

Phone: Home _____ Work _____ Cell _____

**Filed**

JUL 22 2025

CLERK OF THE COMBINED COURT
ARAPAHOE COUNTY, COLORADO

▲    COURT USE ONLY    ▲

Case Number:

25 S 414

Division A2 Courtroom

## NOTICE, CLAIM AND SUMMONS TO APPEAR FOR TRIAL (Part 2)

If Defendant(s) is/are other than a person, go on-line at www.coloradosos.gov to determine the registered agent for service of this notice. Please enter name and address of the agent.  Name: C T Corporation System_____
Address: 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268_____

1.  The Defendant(s) is/are in the military service: ☐Yes ☑No ☐Unknown

2.  The Defendant(s) reside(s), is/are regularly employed, has/have an office for the transaction of business, or is/are a student in this county, or real property located in this county is the subject of claim(s) arising from a restrictive covenant or security deposit dispute. ☑Yes ☐No

3.  I/We understand that it is my/our responsibility to have each Defendant served with the "Defendant's Copy" of this Notice by a person whose age is 18 years or older and who is not a party to this action 15 days prior to the trial and to provide the Court with written proof of service. ☑Yes ☐No

4.  I am an attorney: ☐Yes ☑No

### Notice and Summons to Appear for Trial

**To the Defendant(s):**
You are scheduled to have your trial in this case on Oct 22 2025___ (date) at 10:30 am (time) at the Court address stated in the above caption. Bring with you all books, papers and witnesses you need to establish your defense. **If you do not appear, judgment may be entered against you.** If you wish to defend the claim or present a counterclaim, you must provide a written response or written counterclaim on or before the scheduled trial date and pay a **nonrefundable** filing fee.

Dated: __7/22/25_____    _____
                            Clerk of Court/Deputy Clerk

**Plaintiff(s)'s Claim (Please summarize reasons to support your claim below.)**
The Defendant(s) owe(s) me $7,500_____, which includes penalties, plus interest and costs allowed by law, and/or should be ordered to return property, perform a contract or set aside a contract or comply with a restrictive covenant for the following reasons. (If seeking return of property, please describe the property being requested).

_____

SEE ATTACHMENT_____

_____

**Note: The combined value of money, property, specific performance or cost to remedy a covenant violation cannot exceed $7,500.00.**
I/we declare under penalty of perjury under the law of Colorado that the foregoing is true and correct. I/we have not filed in any Small Claims Court in this County more than 2 claims during this calendar month, nor more than 18 claims in this County in this calendar year.

Dated: July 22, 2025_____    _Danny Zipris_____
                                            Plaintiff's Signature

                                         _____
                                            Plaintiff's Signature

JDF 250    R1-24    (PART 2/ PAGE 2)    NOTICE, CLAIM AND SUMMONS TO APPEAR FOR TRIAL    DEFENDANT'S COPY

You must complete and fill out a response and or counterclaim on reverse side of Defendant's copy and bring to Court.

**Defendant's Response** (If responding, pay the appropriate filing fee).  I do not owe the Plaintiff(s) or am not responsible to the Plaintiff(s) because:

_____

_____

_____

**Defendant's Counterclaim** (If submitting a counterclaim, pay the appropriate filing fee).
The Plaintiff(s) owe(s) me $_____, which includes penalties, plus interest and costs allowed by law and/or should be ordered to return property, perform a contract or set aside a contract or comply with a restrictive covenant for the following reasons. (If seeking return of property, please describe the property being requested).

_____

_____

☐    The amount of my/our counterclaim does not exceed the jurisdictional amount of the Small Claims Court of $7,500.00.

☐    The amount of my/our counterclaim exceeds the jurisdictional amount of the Small Claims Court, but I/we wish to limit the amount that I/we wish to recover from the Plaintiff to $7,500.00.

☐    The amount of my/our counterclaim exceeds the jurisdictional amount of the Small Claims Court, and I/we wish to have the case sent to ☐County Court (only if I/we wish to limit the amount I/we can recover from the plaintiff to $25,000.00) ☐District Court (I /we do not wish to limit the amount I/we can recover from the Plaintiff(s)) and will pay the appropriate filing fee. I/we am/are filing a Notice of Removal and paying the appropriate filing fee to the Court at this time.

**I am an attorney.**    ☐Yes ☐No

I declare under penalty of perjury that this information is true and correct and that I mailed a copy of the Response/Counterclaim to the Plaintiff(s) at the address(es) stated on this form on _____ (date).

_____    _____
Defendant's Signature            Date        Defendant's Address

_____
                                             Telephone #:  Home        Work        Cell

## Information for Defendants in Small Claims Cases

A.  **Filing Fees.**
Response without a counterclaim:

♦    **Claim $500.00 or less: $26.00**        ♦    **Claim over $500.00 but less than $7,500.00: $41.00**
Response with a counterclaim:

♦    **If Plaintiff's claim is $500.00 or less and counterclaim is $500.00 or less:**            **$31.00**
♦    **If Plaintiff's claim is more than $500.00 or counterclaim is more than $500.00:**            **$46.00**

B.  **Response.** You have been served with a Summons. If you fail to appear on the trial date shown on this notice, judgment may be entered against you. If you wish to defend the claim or present a counterclaim, you must **file with the Court Clerk a written response or counterclaim on or before the scheduled trial date**, provide a copy to the Plaintiff(s), pay the appropriate **nonrefundable filing fee**, and appear on the date set for trial in this notice with all evidence and witnesses needed to establish your defense.

C.  **Subpoenas.**  Upon your request, the clerk will issue a subpoena to require witnesses to appear or bring documents for your trial. It is your responsibility to complete the information needed on the subpoena and to have the subpoena served.  Subpoenas must be served personally and may be served by a person over the age of 18 that is not a party to the case.  Subpoenas must be accompanied by a check for payment of witness fees and mileage for any witnesses served.

D.  **Counterclaim.**  If you have a claim against the Plaintiff(s), you must file with the **Court clerk the Defendant's counterclaim** at the top of this form, provide a copy of the counterclaim to the Plaintiff(s) prior to the trial, and pay the appropriate nonrefundable filing fee. If you settle your counterclaim before trial, notify the Small Claims Court and the Plaintiff(s) in writing. If you want your case heard by a **Court of greater jurisdiction, you must complete and file this form, pay the appropriate filing fee (County: Under $999.99 = $85.00; $1,000 - $14,999.99= $105.00; $15,000.00 - $25,000 = $135.00. District: $235.00) and file a Notice of Removal (JDF 251) at least 7 days before the trial date shown on this Notice.**

E.  **Trial Responsibility.**  You have a right to a trial. Bring all evidence necessary to establish your defense and/or counterclaim: books, papers, repair bills, photographs or other exhibits. If the suit involves the delivery of personal property, be prepared to deliver the property immediately after trial.  Be on time.  If you are late, the Court may enter judgment against you.

F.  **Appeal.** If you wish to appeal, you must file your notice of appeal within 14 days of the judgment and proceed according to C.R.C.P 411.

G.  **Judgment.** The Court does not collect any judgment, but will help with the necessary forms.
**Money Judgment.** If judgment is entered against you, you are expected to immediately pay the judgment, including filing fees and court costs.  If the judgment is not paid immediately, you must answer questions about your assets and income and the other party can obtain a writ of garnishment or execution against your wages or property.  Once the judgment is paid, you are entitled to have the judgment satisfied. **Non-monetary Judgment.** If the Court orders immediate possession of the property, performance of a contract, setting aside of a contract or compliance with a restrictive covenant, your failure to comply with the Court order may result in an award of damages and/or being held in contempt.

H.  **Case Inquiries.** When inquiring about this case, refer to the case number on this notice.  Direct all inquiries to the clerk, not the judge or magistrate.

I.  **Attorney.** If you want to be represented by an attorney, you or your attorney must file a Notice of Representation of Attorney (JDF 256) at least 7 days before the trial date on this notice.  Then the Plaintiff(s) may have representation by an attorney.  If the Plaintiff(s) is/are an attorney, you also may be represented by an attorney without filing a notice of representation.  Even if there are attorneys in the case, the rules and procedures of the Small Claims Court will still apply.

J.  **Judicial Officer.**  A magistrate or a judge may hear your case.  If you want a judge to hear your case, you must file an Objection to a Magistrate Hearing Case (JDF 259) at least 7 days before the trial date set in this notice. The rules and procedures of the Small Claims Court will still apply.

K.  **Language Interpreter.**  If you or a witness requires a language interpreter to be present for hearings, you must contact the Managing Interpreter corresponding to the district in which the case will be heard at least 7 days before the trial date is set on this notice. A language interpreter may only interpret what is said between parties during a hearing and immediately prior to or after the hearing. A language interpreter may not provide legal advice or any other service that is not related to interpreting. Interpreters may not provide any services that may constitute a violation of the language interpreter's Code of Professional Responsibility. A current list of Managing Interpreters can be viewed at http://www.courts.state.co.us/Administration/Custom.cfm?Unit=interp&Page_ID=117.

JDF 250   R1-24-   (PART 2/ PAGE 3)            NOTICE, CLAIM, AND SUMMONS TO APPEAR            DEFENDANT'S COPY

# IN THE COUNTY COURT FOR ARAPAHOE COUNTY

## SMALL CLAIMS COURT

Danny Zipris,
Plaintiff
v.
Citibank, N.A.,
Defendant

---

## COMPLAINT

1. Plaintiff, Danny Zipris, brings this action against Defendant, Citibank, N.A., for violations of the Fair Credit Billing Act (15 U.S.C. § 1666), arising from Citibank's improper denial of a billing dispute related to an online fraud incident.

## FACTUAL BACKGROUND

2. Plaintiff was the victim of online fraud. On April 7, 2025, a charge of $350.00 was made to Plaintiff's Citibank credit card by *SQ AMERICAS AUTO APPR for a service that was never delivered as promised.

3. The charge appeared on Plaintiff's billing statement dated May 9, 2025. Under the Fair Credit Billing Act (FCBA), Plaintiff had 60 days from the date of the statement to file a written dispute.

4. Plaintiff submitted a written billing dispute with all required supporting documentation on June 9, 2025, well within the statutory 60-day deadline.

5. However, Citibank denied the Plaintiff's billing dispute in a letter dated July 15, 2025, claiming that the Plaintiff failed to respond by an arbitrary deadline of May 24, 2025 — a date that predates the statutory deadline. (**Evidence1**).

6. Citibank further relied exclusively on the merchant's refusal to provide a credit and failed to conduct an independent and reasonable investigation, in violation of its legal duties under the FCBA (15 U.S.C. § 1666(a)(3)(B)) (**Evidence 2**).

7. Citibank's "investigation," if there was any, was so minimal and biased that it failed to meet even the most basic requirements of fairness and diligence. Notably, Citibank never even provided Plaintiff with the merchant's response before denying the dispute, thereby denying Plaintiff the opportunity to address or rebut the merchant's claims.

8. In addition, Citibank completely ignored the substance of Plaintiff's allegations against the merchant, including clear claims of false advertising, and possible fraudulent activity. Citibank's refusal to investigate or even acknowledge these serious issues further demonstrates its failure to comply with federal obligations under the FCBA.

9. Citibank also failed to provide a detailed explanation of its findings or produce any documentation upon request—again in violation of its obligations under the FCBA.

10. The merchant involved not only failed to deliver the promised service but demonstrated clear indications of false advertising, lack of qualifications, and possible fraudulent conduct. Plaintiff submitted documentation showing that the provided materials were worthless and bore no resemblance to what was promised.

## SUPPORTING AUTHORITY

11. The FCBA requires that a creditor who receives a proper and timely billing dispute must:

- Conduct a reasonable investigation;
- Provide a written explanation of the outcome; and
- Supply any documentary evidence used in its determination, upon request.

12. In Peters v. American Pacific Mortgage Corp., 23CA1492 (Colo. Ct. App. 2025), the Colorado Court of Appeals held that a creditor may not rely solely on third-party representations and must assess the facts independently, as required by 15 U.S.C. § 1666.

13. As in *Peters*, Citibank's failure to perform an independent investigation, its reliance on the merchant's unverified response, and its disregard of Plaintiff's allegations all constitute violations of its statutory duties under federal law and present factual issues requiring judicial resolution.

## CAUSE OF ACTION: VIOLATION OF FAIR CREDIT BILLING ACT  (15 U.S.C. § 1666)

14. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

15. Defendant failed to:

- Properly investigate the billing dispute;
- Explain the factual and legal basis for denying the dispute;
- Provide documentation used in its decision;
- Comply with the timeline and duties mandated under federal law.

## RELIEF REQUESTED

Plaintiff respectfully requests that the Court grant the following relief:
1. Reimbursement of the disputed charge: $350.00
2. Statutory damages under 15 U.S.C. § 1640(a): $1,000.00
3. Actual damages for emotional distress caused by Defendant's mishandling of the billing dispute, including time expended and personal disruption: $6,000.00
4. Court costs and filing fees
5. Any other relief deemed just and proper

EVIDENCE 1

Citibank, N.A.
Office of the President
P.O. Box 6000
Sioux Falls, SD 57117-6000


citi®

July 15, 2025

Danny Zipris
1818 S Quebec Way
Apt 11-6
Denver, CO 80231-5616

Citi® / AAdvantage® Platinum Select®
Account ending in 1283
Citi Reference Number: 202507151247246632827

## ⓘ UPDATE ON YOUR REQUEST

Hello Danny,

You recently reached out to us, and we've reviewed your request.

We respectfully decline to apply credit for the disputed charge of $350.00 SQ *AMERICAS AUTO APPR that billed to your account on April 7, 2025. When a disputed charge occurs, Citibank, as the issuing bank of your credit card can attempt to obtain a credit on your behalf by returning the charge to the merchant's bank. However, specific criteria must be met, and documentation must be provided to substantiate your claim. The attached letter dated May 15, 2025, informed you the attached merchant representment was included and that we needed you to respond by May 24, 2025, with a sales slip, advertisement or itemized bills showing what was expected versus what was received in order to continue assistance via the dispute process. We did not receive your response until June 9, 2025, and the requested documentation was not provided. The attached letter dated June 14, 2025, informed you due to the length of time that has passed, we have no further recourse to obtain a credit from the merchant on your behalf. Additionally, the attached letter dated July 3, 2025, informed you that we are unable to mandate the merchant to provide you credit outside their policy. You will need to contact the merchant directly or seek other means to obtain reimbursement.

Because you disagree with the resolution of your dispute, we previously requested that the reporting agencies add a note to your credit profile stating that the information is "disputed by the consumer." This will remain in place until your outstanding account balance is paid in full. Should you wish to have the "disputed by the consumer" note removed from your credit profile, it will be necessary for you to contact us at the address listed above.

Any calls or additional internal records are the property of Citibank. Citibank will not release such records without a valid and properly served subpoena. A subpoena may be issued to Citibank, N.A., c/o Legal Services Intake Unit/Subpoena Compliance, 5800 South Corporate Place, Sioux Falls, SD 57108; Fax 347-809-6937.

Citibank, N.A. complies with all applicable laws, rules and regulations, as advised in the Card Agreement for each account. You can obtain a copy of your Card Agreement online at www.citicards.com or by calling Customer Service at the number on the back of your card.

FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE

EVIDENCE 2

Citi(R) Cards
P.O. Box 6013
Sioux Falls, SD   57117-6013

July 03, 2025

DANNY ZIPRIS                                          ACCOUNT NUMBER
1818 S QUEBEC WAY                                     XXXXXXXXXXXX1283
APT 11-6
DENVER, CO
80231-5616

Dear DANNY ZIPRIS:

This letter concerns the transaction described below made with card number
XXXXXXXXXXXX1283:

Date               Amount            Description
04/07/2025         $350.00           SQ *AMERICAS AUTO APPR gosq.com       CO

The merchant will not honor our request for credit based on the information
you provided us.  Every effort has been made to secure credit for your
account. While we can understand your desire to obtain a credit, we cannot
mandate that the merchant issue a credit outside of their policy.  Please
contact the merchant directly to resolve.

We now consider this investigation complete.

Sincerely,

Customer Service Team
FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE.
/RPRLTR/LO/CH/ER/2621/MM38821/D-510045180425//



| COUNTY COURT, ARAPAHOE COUNTY, COLORADO<br>1790 West Littleton Boulevard<br>Littleton, Colorado 80210 | |
|---|---|
| | ▲ COURT USE ONLY ▲ |
| Plaintiff: Danny Zipris<br><br>v.<br><br>Defendant: **Citibank, N.A.** | Case Number(s):25S414<br><br>Division: A2 |

# COURT ORDER FOR ALL SMALL CLAIM CASES

# Your case is set for trial onOctober 22, 2025, at 10:30am

- This order explains the steps the judge requires you to complete. If you do not follow this order, **you will lose automatically**. Either your case will be dismissed, or an order to pay money (judgment) will enter against you.
- If either party needs an interpreter, let someone at the court know as soon as possible. *Si cualquiera de las partes necesita un intérprete, infórmeselo a alguien en la corte tan pronto que sea posible.*
- If you move, always give the court your new address in writing.
- The Self-Help Center can help answer questions regarding the paperwork.  Visit 1790 West Littleton Boulevard in person, call (720) 568-4825, or email 18selfhelp@judicial.state.co.us
- The court's website is https://www.coloradojudicial.gov/  (Self-Help and Forms)

# Step 1 – Plaintiff Gets the Defendant Served by _August 21, 2025  (30 days from date of filing)

You must get the defendant served. If you have not done this, it may be too late to follow the rest of this order, and your case may be closed. File a *Motion to Continue* early to avoid dismissal.

€    The court will make a copy of the *Notice, Claim, and Summons to Appear for Trial* and this document, *Court Order for All Small Claim Cases*.

€    Either someone over the age of 18 who is not a party in the case, a professional process server, or a sheriff in the county where the defendant lives can give the Defendant(s) 1) the **Notice, Claim, and Summons to Appear for Trial**, and 2) the **Court Order for All Small Claim Cases**. The person who served the Respondent(s) must sign and complete a Return of Service.

€    File the completed **Return of Service** form with the court.

## Step 2 – Schedule and Attend Mediation Together by _September 20, 2025 (60 days of filing)

Mediation is required.

€    After serving the defendant, the plaintiff must schedule mediation by calling (720) 625-5940, with a mediator at this QR code, or at https://www.coloradojudicial.gov/find-odr-mediator  If a defendant does not agree to use that mediator, the defendant has 7 days to provide and file the names of 3 mediators for the plaintiff to choose from.

€    Mediation costs $60 per party[1] and each party must attend mediation. A party who misses or ignores mediation will be ordered to reimburse the party who attends mediation. Missing or ignoring the mediation order or not paying the mediator at least 10 days before mediation, will usually mean you lose your case or defense (default judgment)!

€    If you negotiate an agreement in mediation the Mediator will file a **Stipulation**. The case is resolved and closed when the agreement is signed by both sides and filed with the court.

---

[1] You can apply for a lower-cost mediation by emailing court form **JDF 211** to odrmediations@judicial.state.co.us

€    No matter what, the Mediator will file the completed **Mediation Compliance Report** form with the court to show whether both sides followed the mediation order.

## Step 3 – Defendant Files an Answer If There is No Agreement (7 Days Before Trial)

The defendant must file an **Answer** if there is no agreement.

€    The Defendant(s) must file an Answer and pay a filing fee if they disagree with the plaintiff's lawsuit. You can do this in person, by emailing ACJCClerk@judicial.state.co.us (if you are able to pay via credit card), or by U.S. Mail. Call (303) 645-6600, ext. 5, for questions about filing fees or to see if you qualify to do this for free.

## Step 4 – Go to Trial If There is No Agreement

The trial will only happen if both sides followed Steps 1-3. If you did not follow those steps, or followed them late, you will usually lose your case or defense. File a **Motion to Continue** early to avoid dismissal.

€    Trial is scheduled for one hour. Each party has 20 minutes to present witnesses and evidence.

€    Bring 3 copies of all exhibits: one for the judge, one for you, one for the other side. Plaintiff(s) must label their exhibits with numbers. Defendants must label their exhibits with letters. Video and photo exhibits must be printed or on DVDs. USB drives cannot be inserted into court computers.

€    If you want a witness to testify, a subpoena is usually necessary, unless the witness comes willingly. Look at Colorado Rule for Small Claims Court 510 or Colorado Rule of Civil Procedure 345 for more information.

Judge Melina Hernandez                         Judge Colleen Clark